IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **JARMARCUS ROGERS,** ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | |
| *v.* ) | Civil Action No. |
| ) | 1:15-cv-01121-SCJ-LTW |
| **NATIONAL DISTRIBUTING** ) | |
| **COMPANY, INC.,** ) | |
| ) | |
| *Defendant.* ) | |

## STATUS REPORT

Defendant National Distributing Company, Inc. ("Defendant"), by and through the undersigned counsel and pursuant to the Court's request for a status report regarding the mediation between Defendant and Plaintiff Jarmarcus Rogers, state as follows:

The parties have agreed to settle this case. The Settlement Documents are currently being exchanged between the parties. Dismissal documents should be filed with the Court within one (1) week, or as soon as consideration under the settlement agreement is received.

Respectfully submitted this 2nd day of March, 2016.

FPDOCS 31486089.1

/s/ *Mairen C. Kelly*
Mairen C. Kelly
Georgia Bar No. 413015
*mkelly@laborlawyers.com*

FISHER & PHILLIPS LLP
1075 Peachtree Street, NE
Suite 3500
Atlanta, Georgia 30309
(404) 231-1400 (Voice)
(404) 240-4249 (Facsimile)

Counsel for Defendant

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **JARMARCUS ROGERS,** | ) |
| *Plaintiff,* | ) ) ) |
| v. | )  Civil Action No. |
| | )  1:15-cv-01121-SCJ-LTW |
| **NATIONAL DISTRIBUTING COMPANY, INC.,** | ) ) ) |
| *Defendant.* | ) |

## CERTIFICATE OF SERVICE

I hereby certify I filed the foregoing **STATUS REPORT** with the Clerk of Court using the CM/ECF system which will automatically send email notification and copy of such filing to the following attorneys of record:

> James Radford
> Radford & Keebaugh, LLC
> 315 W. Ponce de Leon Ave.
> Suite 1080
> Decatur, Georgia 30030

Respectfully submitted this 2nd day of March, 2016.

> */s/ Mairen C. Kelly*
> Mairen C. Kelly

FPDOCS 31486089.1